AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>8546 West Monte Vista Road, Phoenix, Arizona. | Case No. 21-358 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  December 27, 2021    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

N/A.     ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  12-13-21 @ 5:30 pm     _____
                                               *Judge's signature*

City and state: Phoenix, Arizona         Honorable Michelle H. Burns, U.S. Magistrate Judge
                                         *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The premises to be searched (the "**Subject Premises**") is described as follows, and includes all locked and closed containers found therein:

8546 W. Monte Vista Road, Phoenix, Arizona 85037 is a two-story residence located on Monte Vista Road, between North 86th Drive and West Berkeley Road, in Phoenix Arizona. The building is gray in color with a white trim windows. The house numbers for the **Subject Premises** are white numbers affixed to the house above the garage door. When viewed from the street, the entryway to the **Subject Premises** is a white door, on ground level, as depicted in the photograph below. There is also an entry through a two-car garage door to the **Subject Premises**, also depicted below.



## ATTACHMENT B

### ITEMS TO BE SEIZED

The items to be seized are instrumentalities, evidence, and fruits of violations of 21 U.S.C. §§ 841, 843, and 846 (narcotics trafficking) including as follows:

1. Any and all controlled substances, including, but not limited to heroin, cocaine, and substances and mixtures and/or traces thereof;

2. Financial records, ledgers, papers, photographs, telephones, adding machines and adding machine tapes, calculators, cassettes and tapes, compact discs, identification documents, travel documents, and other property, documents and records and closed containers inside of which the above may be kept that constitute evidence of the commission of, or are designed or intended as a means of the violation of, or are contraband or the fruits of, the federal narcotics laws;

3. Paraphernalia used in the manufacture, packaging, cutting, and weighing of illicit narcotics in preparation for trafficking;

4. Firearms and ammunitions, including but not limited to handguns and automatic weapons;

5. Cell phones, tablets, and other cellular devices;

6. Currency in an amount above $2,000;

7. Bank statements, bank checks, cash receipts, money transfer records and receipts, money remittance instructions, customer information and records, sales records, ledgers showing cash and checks received, contracts, fax records, correspondence, including but not limited to correspondence with others regarding the transmission of money, printed emails, letters, faxes, and telephone logs or messages that constitute evidence of narcotic trafficking or the receipt or transmittal of narcotics proceeds;

8. Records, information, and data identifying customers, associates and co-conspirators, including photographs, cellular telephones, address books, telephone books, Rolodex indices, personal data assistant ("PDA") entries, PDAs, Blackberries, Sidekicks and other PDA-type devices, and personal notes reflecting telephone and pager numbers, email addresses and phone records;

9. Indicia of occupancy, residency, use, and/or ownership of the vehicle or premises to be searched;

10. Safes, key-lock strong boxes, suitcases, locked cabinets, and other types of locked or closed containers used to secrete and store currency, narcotics paraphernalia, books, records, documents, financial instruments, and other items of the sort described in subparagraphs (1) through (9) above. Law enforcement officers executing this Warrant are specifically authorized to open any such locked safes or containers including, where necessary, by using force.